■ In the Matter of JOSHUA J.P., a Child Alleged to be Neglected. DEBORAH P., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [963 NYS2d 119]—

Order of fact-finding and disposition, Family Court, New York County (Douglas E. Hoffman, J.), entered on or about May 7, 2012, which, to the extent appealed from as limited by the briefs, following a hearing, found that respondent-appellant had neglected the subject child by using excessive corporal punishment, unanimously affirmed, without costs.

The finding of neglect was supported by a preponderance of the evidence (Family Ct Act §§ 1012 [f] [i] [B]; 1046 [b] [i]). Respondent's frequent use of belts, cords and other objects, including an incident that left a scar on the child's thumb, constituted excessive corporal punishment (see Matter of Alysha M., 24 AD3d 255 [1st Dept 2005], lv denied 6 NY3d 709 [2006]). The child's testimony was sufficiently corroborated by the testimony of the agency caseworker and physical evidence, as well as respondent's admission that she might have struck the child on the six or seven occasions that she attempted to discipline him with a belt. It cannot be said that the Family Court erred in discrediting respondent's testimony (see Matter of Erich J., 22 AD3d 849, 850 [2d Dept 2005]). Concur—Mazzarelli, J.P., DeGrasse, Abdus-Salaam, Manzanet-Daniels and Clark, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL DOBBINS, Appellant. [964 NYS2d 55]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Rena Uviller, J., at plea; A. Kirke Bartley, J., at sentencing), rendered on or about April 20, 2011, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., DeGrasse, Abdus-Salaam, Manzanet-Daniels and Clark, JJ.